# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147768 & (24)(25)(26)

JESSICA JO SPRAGUE,
        Plaintiff-Appellee,

v

                                                SC: 147768
                                                COA: 315206

SCOTT DAVID McMILLAN,
        Defendant-Appellant.
                                                Eaton CC: 08-001235-DC

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay and motion to waive the requirements of MCR 7.209 are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

d1021